UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>NIRMALA N. PARMAR, in individual and representative capacity as trustee of the Peter and Nancy Parmar Family 1995 Revocable Trust; MAITA AUBURN, LLC, a California Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case: 2:15-CV-01945-JAM-KJN<br><br>**ORDER** |

**ORDER**

    Defendant Maita Auburn, LLC, a California Limited Liability Company is hereby ordered dismissed with prejudice.

Dated: 11/10/2015    /s/ John A. Mendez_____
                                  HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE