UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>      Plaintiff,<br><br>  v.<br><br>NIRMALA N. PARMAR, in individual and representative capacity as trustee of the Peter and Nancy Parmar Family 1995 Revocable Trust; MAITA AUBURN, LLC, a California Limited Liability Company; and Does 1-10,<br><br>      Defendants. | Case: 2:15-CV-01945-JAM-KJN<br><br>**ORDER** |

## **ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: <u>May 6, 2016</u>     /s/ John A. Mendez
                                      HONORABLE JOHN A. MENDEZ
                                      UNITED STATES DISTRICT COURT JUDGE